UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL KING,

                  Plaintiff,

        -against-

DET. JEROME BURNS; DET. VEGA; THE
CITY OF NEW YORK; JOHN & JANE DOE,

                Defendants.

14-CV-5286 (LAP)

ORDER OF DISMISSAL

LORETTA A. PRESKA, Chief United States District Judge:

By order dated July 21, 2014, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fee. Accordingly, the Court grants Plaintiff IFP status for the limited purpose of dismissing the complaint without prejudice. The complaint is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be take in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 4, 2014
New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge